UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PAUL M. BREAKMAN,** | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | |
|           v. | : | 1:08- CV-246 (JDB) |
| **AOL, LLC,** | : | |
| | : | |
|     **Defendant.** | : | |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter my appearance for the plaintiff Paul M. Breakman.  I certify that I am admitted to practice in this Court.


Dated:  February 20, 2008                  /s/ Jeffrey Harris
                                                                      Jeffrey Harris, (Bar # 925545)
                                                                      Rubin, Winston, Diercks,
                                                                             Harris & Cooke, L.L.P.
                                                                        Sixth Floor
                                                                        1155 Connecticut Ave., N.W.
                                                                        Washington, D.C. 20036
                                                                        (202) 861-0870

                                                                        Attorneys for Plaintiff