UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PAUL M. BREAKMAN,** | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | |
|         v. | : | 1:08- CV-246 (JDB) |
| **AOL, LLC,** | : | |
| | : | |
|     **Defendant.** | : | |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter the appearance of Walter E. Diercks as counsel in this case for Paul M. Breakman.


Dated:  February 20, 2008                       /s/ Walter E. Diercks
                                                              Walter E. Diercks, (Bar # 161620)
                                                              Rubin, Winston, Diercks,
                                                                       Harris & Cooke, L.L.P.
                                                              Sixth Floor
                                                              1155 Connecticut Ave., N.W.
                                                              Washington, D.C. 20036
                                                              (202) 861-0870

                                                              Attorneys for Plaintiff