IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL M. BREAKMAN, in a representative capacity acting for the interests of the general public,<br><br>*Plaintiff*,<br><br>v.<br><br>AOL LLC,<br><br>*Defendant*. | Civil Action No. 1:08cv00246 (JDB) |

## NOTICE OF APPEARANCE

Anand V. Ramana, Esq., the undersigned attorney who practices with the law firm of McGuireWoods LLP, hereby enters his appearance in this action on behalf of Defendant AOL LLC, and further requests that all notices and other papers from this Court be directed to him in addition to the other attorneys of record. Mr. Ramana is admitted to the bar of this Court.

Dated: February 20, 2008

Respectfully submitted,

**AOL LLC**

*By Counsel*

**MCGUIREWOODS LLP**

_____/s/_____
Anand V. Ramana (D.C. Bar No. 489478)
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Tel: (703) 712-5000
Fax: (703) 712-5220
Email: aramana@mcguirewoods.com
    *Attorney for Defendant AOL LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2008, I served a true and correct copy of the foregoing pleading via U.S. mail, postage prepaid, on:

>Jeffrey Harris
>Walter E. Diercks
>Rubin, Winston, Diercks, Harris & Cooke, LLP
>1155 Connecticut Avenue, N.W.
>6th Floor
>Washington, D.C.  20036
>
>Andrew A. August
>Kevin F. Rooney
>Pinnacle Law Group
>425 California Street, Suite 1800
>San Francisco, California  94104
>
>Giancarlo Terilli
>Law office of Giancarlo Terilli, LLC
>225 Broadway, Suite 2812
>New York, NY 10007

>/s/_____
>Anand V. Ramana (D.C. Bar No. 489478)
>**MCGUIREWOODS LLP**
>1750 Tysons Boulevard, Suite 1800
>McLean, Virginia  22102
>Tel:  (703) 712-5000
>Fax:  (703) 712-5220
>Email:  aramana@mcguirewoods.com
>           *Attorney for Defendant AOL LLC*