IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL M. BREAKMAN, in a representative capacity acting for the interests of the general public,

    *Plaintiff*,

v.

AOL LLC,

    *Defendant*.

Civil Action No. 1:08cv00246 (JDB)

### DEFENDANT'S NOTICE OF FILING PURSUANT TO 28 U.S.C. §1446(d)

Defendant AOL LLC ("AOL"), by its undersigned counsel, hereby notifies the United States District Court for the District of Columbia that the Defendant promptly filed a copy of its Amended Notice of Removal in the Superior Court of the District of Columbia, pursuant to 28 U.S.C. §1446(d). A copy of Defendant's Amended Notice of Filing of Notice of Removal, filed with the Superior Court of the District of Columbia on February 21, 2008, is attached as Exhibit D to the Amended Notice of Removal.

Respectfully submitted,

AOL LLC

Dated: February 21, 2008

By: _____/s/_____
M. Melissa Glassman (Bar # 417074)
Kevin F. X. De Turris (Bar # 491708)
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, Virginia 22102-4215
T: 703.712.5000
F: 703.712.5220
mglassman@mcguirewoods.com
kdeturris@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2008, I served a true and correct copy of the foregoing document via U.S. Mail on:

> Jeffrey Harris
> Walter E. Diercks
> Rubin, Winston, Diercks, Harris & Cooke, LLP
> 1155 Connecticut Avenue, N.W.
> 6th Floor
> Washington, D.C. 20036
>
> Andrew A. August
> Kevin F. Rooney
> Pinnacle Law Group
> 425 California Street, Suite 1800
> San Francisco, California 94104
>
> Giancarlo Terilli
> Law office of Giancarlo Terilli, LLC
> 225 Broadway, Suite 2812
> New York, NY 10007

_____/s/_____
M. Melissa Glassman