IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL M. BREAKMAN, in a representative capacity acting for the interests of the general public,<br><br>*Plaintiff,*<br><br>v.<br><br>AOL LLC,<br><br>*Defendant.* | Civil Action No. 1:08cv00246 (JDB) |

## DEFENDANT'S MOTIONS TO TRANSFER AND DISMISS

Defendant AOL LLC ("AOL"), by counsel, pursuant to 28 U.S.C. § 1406, Rule 12(b)(3) of the Federal Rules of Civil Procedure, and Local Civil Rule 7(a), respectfully moves this Court to transfer this action filed by Plaintiff Paul M. Breakman ("Breakman") to the Eastern District of Virginia (Alexandria Division), or, in the alternative, dismiss the Complaint on grounds that Breakman filed this action in an improper venue.

In addition, AOL, by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Civil Rule 7(a), respectfully moves this Court to dismiss Breakman's Complaint with prejudice because Breakman has not alleged facts to support his standing to bring an action under the D.C. Consumer Protection Procedures Act, D.C. Code §§ 28-3901 *et seq.*

Pursuant to Local Civil Rule 7(f), AOL respectfully requests an oral hearing for both the 28 U.S.C. § 1406 and Rule 12(b)(3) Motion to Transfer, or in the Alternative, Motion to Dismiss, as well as the Rule 12(b)(6) Motion to Dismiss.

WHEREFORE, for the reasons stated herein, the accompanying Memorandum in Support of 28 U.S.C. § 1406 and Rule 12(b)(3) Motion to Transfer, or in the Alternative, Motion to Dismiss, and the accompanying Memorandum in Support of Rule 12(b)(6) Motion to Dismiss, AOL respectfully requests that this Court (1) transfer this case to the United States District Court for the Eastern District of Virginia (Alexandria Division); or, in the alternative (2) dismiss the Complaint with prejudice; and (3) award any other relief as it deems just and proper.

**ORAL HEARING REQUESTED.**

Dated: February 21, 2008                    Respectfully submitted,

**AOL LLC**

*By Counsel*

**MCGUIREWOODS LLP**
1750 Tysons Boulevard
Suite 1800, Tysons Corner
McLean, VA 22102
Tel: (703) 712-5000
Fax: (703) 712-5220
E-mail: mglassman@mcguirewoods.com
        kdeturris@mcguirewoods.com
        aramana@mcguirewoods.com
*Counsel for Defendant AOL LLC*

/s/ _____
M. Melissa Glassman (D.C. Bar No. 417074)
Kevin F. X. De Turris (D.C. Bar No. 491708)
Anand V. Ramana (D.C. Bar No. 489478)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February, 2008, a copy of the foregoing pleading was sent by first-class U.S. mail, postage prepaid, to the following:

> Jeffrey Harris
> Walter E. Diercks
> Rubin, Winston, Diercks, Harris & Cooke, LLP
> 1155 Connecticut Avenue, N.W.
> 6th Floor
> Washington, D.C. 20036
>
> Andrew A. August
> Kevin F. Rooney
> Pinnacle Law Group
> 425 California Street, Suite 1800
> San Francisco, California 94104
>
> Giancarlo Terilli
> Law office of Giancarlo Terilli, LLC
> 225 Broadway, Suite 2812
> New York, NY 10007

/s/
Anand V. Ramana (D.C. Bar No. 489478)
**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Tel: (703) 712-5000
Fax: (703) 712-5050
Email: aramana@mcguirewoods.com
   *Attorney for Defendant AOL LLC*

3