IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

PAUL M. BREAKMAN, in a representative capacity acting for the interests of the general public,

*Plaintiff,*

v.

AOL LLC,

*Defendant.*

Civil Action No. 1:08cv00246 (JDB)

## **PROPOSED ORDER**

THIS MATTER COMES BEFORE this Court upon the Motion to Transfer, or, in the Alternative, to Dismiss, and the Motion to Dismiss filed by Defendant AOL LLC ("AOL"), by counsel.

IT APPEARING TO THE COURT, upon the arguments by counsel in its briefs and at oral argument, that this case should be transferred to the United States District Court for the Eastern District of Virginia (Alexandria Division);

*ORDERED, ADJUDGED* and *DECREED*, that the Motion to Transfer, or, in the Alternative, to Dismiss is GRANTED; and it is

*FURTHER ORDERED, ADJUDGED* and *DECREED*, that this case is transferred to the United States District Court for the Eastern District of Virginia (Alexandria Division);

Date: _____    Entered: _____
                                 Hon. John D. Bates
                                 United States Magistrate Judge
                                 District of the District of Columbia

1