IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL M. BREAKMAN ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | 1:08-cv-246 (JDB) |
| ) | |
| AOL LLC ) | |
| ) | |
|     **Defendant.** ) | |

## EXPEDITED JOINT MOTION TO EXTEND
## THE TIME FOR FILING OPPOSITIONS TO MOTIONS

Plaintiff, Paul M. Breakman, in his representative capacity acting for the interests of the general public, and Defendant AOL LLC, pursuant to Fed. R. Civ. Proc. 6(b) and LCvR 7, jointly move that the Court extend the time for filing oppositions to pending motions to:

1)  relieve the parties of any obligation to draft and file pleadings related to the Motions to Transfer and Dismiss until this Court determines whether it will remand the case to the Superior Court for the District of Columbia;

2)  allow Defendant AOL sufficient time to respond to an Amended Motion to Remand, which Plaintiff Breakman intends to file in response to the Amended Notice for Removal filed on February 21, 2008, after Plaintiff Breakman filed his Motion to Remand; and

3) establish a reasonable briefing schedule in the event that the Court denies Plaintiff's Amended Motion to Remand.

Plaintiff and AOL therefore jointly move this Court to establish the following briefing schedule for the parties for the pending motions:

1. Plaintiff Breakman shall file an Amended Motion to Remand on or before February 29, 2008; and

2. Defendant AOL LLC shall file its opposition to the Amended Motion to Remand 11 days after the Amended Motion to Remand is filed; and

3. Plaintiff Breakman shall not file his opposition to the Defendant AOL's Motions to Transfer and Dismiss unless this Court denies Plaintiff's Amended Motion to Remand, in which event Plaintiff shall file his opposition 11 days after the Court enters an order denying the Amended Motion to Remand.

A Memorandum of Points and Authorities in support of the Amended Motion and a proposed order are attached. The discussion required by LCvR 7(m) occurred on February 25, 2008 and counsel for Plaintiff and Defendant agreed that they agreed to request the relief set forth in this motion.

WHEREFORE, Plaintiff Paul M. Breakman and Defendant AOL, LLC respectfully request that the Court enter the briefing schedule as outlined above.

Respectfully submitted,

/s/ Walter E. Diercks
Walter E. Diercks (Bar #161620)
Jeffrey Harris (Bar #925545)
Rubin, Winston, Diercks, Harris & Cooke, LLP
Sixth Floor, 1155 Connecticut Avenue, NW
Sixth Floor
Washington, D.C. 20036
Phone (202) 861-0870
Fax (202) 429-0657

        Kevin F. Rooney (D.C. Bar #486357)
        Andrew A. August (California Bar #112851)
        Pinnacle Law Group
        425 California Street, Suite 1800
        San Francisco, CA 94104
        Telephone: (415) 394-5700
        Fax: (415) 394-5003

        Giancarlo Terilli (New York Bar #3030186)
        Law Offices of Giancarlo Terilli, LLC
        225 Broadway, Suite 2812
        New York, NY 10007
        Telephone: (212) 962-6454
        Fax: (212) 962-6045

        Counsel for the Plaintiff
        Paul M. Breakman

        <u>/s/ Anand V. Ramana (with permission)</u>
        M. Melissa Glassman (D.C. Bar # 417074)
        Kevin F. X. De Turris (D.C. Bar # 491708)
        Anand V. Ramana (D.C. Bar # 489478)
        MCGUIRE WOODS LLP
        1750 Tysons Boulevard
        Suite 1800, Tysons Corner
        McLean, Virginia 22102
        Telephone: (703) 712-5000
        Fax: (703) 712-5220

        Counsel for AOL, LLC

Dated: February 26, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PAUL M. BREAKMAN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   1:08-cv-246 (JDB) |
| | ) |
| **AOL LLC** | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM OF POINTS AND**
**AUTHORITIES IN SUPPORT OF**
**EXPEDITED JOINT MOTION TO EXTEND**
**THE TIME FOR FILING OPPOSITIONS TO MOTIONS**

Plaintiff, Paul M. Breakman, in his representative capacity acting for the interests of the general public, by and through undersigned counsel, and Defendant AOL LLC, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, having jointly moved this Court to extend the time for filing oppositions, herewith cite the following authorities in support of their joint motion:

Federal Rule of Civil Procedure 6(b)

LCvR 7

WHEREFORE, Plaintiff Paul M. Breakman and Defendant AOL LLC respectfully request that the Court enter the briefing schedule as set forth in their joint motion and in their proposed order.

Respectfully submitted,

/s/ Walter E. Diercks
Walter E. Diercks (Bar #161620)
Jeffrey Harris (Bar #925545)
Rubin, Winston, Diercks, Harris & Cooke, LLP
Sixth Floor, 1155 Connecticut Avenue, NW
Sixth Floor
Washington, D.C.  20036
Phone (202) 861-0870
Fax (202) 429-0657

Kevin F. Rooney (D.C. Bar #486357)
Andrew A. August (California Bar #112851)
Pinnacle Law Group
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Fax: (415) 394-5003

Giancarlo Terilli (New York Bar  #3030186)
Law Offices of Giancarlo Terilli, LLC
225 Broadway, Suite 2812
New York, NY 10007
Telephone:  (212) 962-6454
Fax:  (212) 962-6045

Counsel for the Plaintiff
Paul M. Breakman

/s/ Anand V. Ramana (with permission)
M. Melissa Glassman (D.C. Bar # 417074)
Kevin F. X. De Turris (D.C. Bar # 491708)
Anand V. Ramana (D.C. Bar # 489478)
MCGUIRE WOODS LLP
1750 Tysons Boulevard
Suite 1800, Tysons Corner
McLean, Virginia 22102
Telephone: (703) 712-5000
Fax: (703) 712-5220

Counsel for AOL, LLC

Dated: February 26, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PAUL M. BREAKMAN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   1:08-cv-246 (JDB) |
| | ) |
| **AOL LLC** | ) |
| | ) |
| **Defendant.** | |

**PROPOSED ORDER**

Upon consideration of the parties' "Expedited Joint Motion to Extend the Time for Filing Oppositions to Motions," and the record before this Court, it is, this ___ day of _____, 2008, hereby

ORDERED that the joint motion is granted, and it is

FURTHER ORDERED that:

1. Plaintiff Breakman shall file an Amended Motion to Remand on or before February 29, 2008; and

2. Defendant AOL, LLC shall file its opposition to the Amended Motion to Remand 11 days after the Amended Motion to Remand is filed; and

3. Plaintiff Breakman shall not file his oppositions to the Defendant AOL's Motions to Transfer and Dismiss unless this Court denies Plaintiff's Amended Motion to Remand, in which even Plaintiff shall file his opposition 11 days after the Court enters an order denying the Amended Motion to Remand.

SO ORDERED:

_____

United States District Judge

PLEASE SERVE:

Walter E. Diercks, Esq.
Jeffrey Harris, Esq.
Rubin, Winston, Diercks, Harris & Cooke, L.L.P.
Sixth Floor, 1155 Connecticut Avenue, N.W.
Washington, D.C. 20036

M. Melissa Glassman, Esq.
Kevin F.X. De Turris, Esq.
Anand V. Ramana, Esq.
McGuire Woods LLP
1750 Tyson's Blvd,, Suite 1800
McLean, VA 22102