UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL M. BREAKMAN,<br><br>    Plaintiff,<br><br>        v.<br><br>AOL LLC,<br><br>    Defendant. | Civil Action No. 08-246 (JDB) |

## ORDER

Upon consideration of [14] the parties' expedited joint motion to extend the time for filing oppositions to motions, and the entire record herein, it is this 26th day of February, 2008, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that plaintiff Breakman shall file an amended motion to remand by not later than February 29, 2008; it is further

**ORDERED** that defendant AOL, LLC shall file its opposition to the amended motion to remand eleven days after the motion is filed; and it is further

**ORDERED** that plaintiff Breakman shall not be required to file his oppositions to defendant's motions to transfer and dismiss unless this Court denies plaintiff's amended motion to remand, in which event plaintiff shall file his oppositions eleven days after the Court enters an order denying the amended motion to remand.

                                        /s/
                             JOHN D. BATES
                        United States District Judge