UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL M. BREAKMAN,<br><br>    Plaintiff,<br><br>        v.<br><br>AOL LLC,<br><br>    Defendant. | Civil Action No. 08-246 (JDB) |

### ORDER

Upon consideration of [16] plaintiff's amended motion to remand, the parties' memoranda, the applicable law, and the entire record herein, it is this 17th day of April, 2008, hereby

**ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that this action is **REMANDED** forthwith to the Superior Court of the District of Columbia; and it is further

**ORDERED** that plaintiff's request for costs and attorneys' fees is **DENIED**.

**SO ORDERED**.

                                              /s/
                                    JOHN D. BATES
                             United States District Judge